■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK PAGAN, Appellant. [913 NYS2d 559]—

Order, Supreme Court, Bronx County (Ethan Greenberg, J.),

entered on or about March 5, 2009, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

We find no basis for a discretionary downward departure to level two (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). Defendant's criminal history and pattern of sexual violence outweigh the mitigating factors he asserts. Concur—Saxe, J.P., Friedman, McGuire, Abdus-Salaam and Román, JJ.